55 So.2d 213

### CALDWELL v. STATE.
### 6 Div. 348.

Supreme Court of Alabama.

Nov. 23, 1951.

Jerome Phillips, Birmingham, for petitioner.

Si Garrett, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Norma Burt Caldwell has filed his petition for writ of certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Caldwell v. State.

No brief has been filed in this court setting out and arguing the point in the opinion of the Court of Appeals sought to be reviewed, as is required by Supreme Court Rule 44, as amended Code 1940, Tit. 7 Appendix.

It follows, therefore, that the petition for writ of certiorari filed by Norma Burt Caldwell must be stricken. It is so ordered. Allen v. State, 249 Ala. 201, 30 So.2d 483; Oliver v. State, ante p. 336, 54 So.2d 617.

Petition for writ of certiorari stricken.

LIVINGSTON, C. J., and BROWN and STAKELY, JJ., concur.